```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LESHAWN YOUNG,

                **Plaintiff,**

    - against -

LOVEVERY, INC.,

                **Defendant.**

------------------------------------------------

24-cv-6479 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are directed to discuss settlement and provide an update to the Court by **December 27, 2024.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 29, 2024**

                                                    /s/ John G. Koeltl
                                                          John G. Koeltl
                                                  **United States District Judge**